Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
Adrianna Simonelli, OSB No. 222481
ASimonelli@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 503.727.2000
Facsimile:  503.727.2222

*Attorneys for Defendant University of Oregon*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ASHLEY SCHROEDER, KENDALL CLARK, HALLI FIELDS, NATASHA GEORGE, JOSIE GRIFFITHS, JADE BERNAL, DAHLIA MCALLISTER, PRESLEY MCCASKILL, ABIGAIL PLEVIN, VALERIE PETERSON, ELLA TYUS, SIULOLOVAO FOLAU, ALEX LAITA, BATIA ROTSHTEIN, ZOE ALMANZA, BEATRICE WETTON, MIA LOPEZ, DELANEY HOPEN, CARLY WALLACE, SAVANNAH SIEGRIST, ANASTASIA LIMA, MADELYN LAFOLLETTE, ALEXANDRA HADEN, JOSIE COLE, ALAINA THOMAS, VIVIAN DONOVAN, ELISE HAVERLAND, RIVER RIBEIRO, SOPHIA SCHMITZ, SYDNEY WEDDLE, CLAIRE DALEY and ANNA MARIA KNIGHT, Individually and on behalf of all those similarly situated, <br><br>                      Plaintiffs, <br><br>        v. <br><br> UNIVERSITY OF OREGON, <br><br>                      Defendant. | Case No. 6:23-cv-01806-MC <br><br> **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT** <br><br> Pursuant to Fed. R. Civ. P. 6(b); LR 16-3(a) |

1- DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

130383.0009\165091450.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

**LR 7-1 CERTIFICATION**

In compliance with LR 7-1, the undersigned counsel for Defendant University of Oregon (the "University") conferred with counsel for Plaintiffs in good faith regarding the University's request to extend the deadline to file its answer. Counsel for Plaintiffs does not oppose this motion on the University's representation that it will file an answer to the complaint.

**UNOPPOSED MOTION**

Pursuant to Fed. R. Civ. P. 6(b)(1)(B) and LR 16-3(a), the University respectfully moves the Court for an order extending the University's deadline to file its answer to Plaintiffs' complaint from December 29, 2023, until March 4, 2024.

This unopposed request is made for good cause. The undersigned counsel was hired the first week of January 2023. Counsel has made effective use of time in this matter since engaged, but the University needs additional time to investigate the extensive class-action allegations and claims in the 115-page Complaint to adequately prepare its answer. Extending the answer deadline to March 4, 2024, will not impact other deadlines, settings, or schedules.

DATED:  January 16, 2024.

**PERKINS COIE LLP**

By: */s/ Sarah J. Crooks*
Stephen F. English, OSB No. 730843
SEnglish@perkinscoie.com
Sarah J. Crooks, OSB No. 971512
SCrooks@perkinscoie.com
Adrianna Simonelli, OSB No. 222481
ASimonelli@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

*Attorneys for Defendant University of Oregon*

2- DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

130383.0009\165091450.1