UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ASHLEY SCHROEDER, et al.**  Case No.: 6:23−cv−01806−MC
    Plaintiff,

**v.**

**UNIVERSITY OF OREGON**
    Defendant.

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26−2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

**DATED:** 4/1/2024

| | |
|---:|:---|
| **Signature:** | /s/Jennifer Middleton |
| **Name and OSB ID:** | Jennifer Middleton, OSB # 071510 |
| **E−mail Address:** | jmiddleton@justicelawyers.com |
| **Firm Name:** | Johnson Johnson Lucas & Middleton, PC |
| **Mailing Address:** | 975 Oak Street, Suite 1050 |
| **City, State, Zip:** | Eugene, OR 97401 |
| **Parties Represented:** | Plaintiffs |