Jennifer J. Middleton, OSB No. 071510
jmiddleton@justicelawyers.com
JOHNSON JOHNSON LUCAS & MIDDLETON PC
975 Oak Street, Suite 1050
Eugene, OR 97401
Tel: (541) 484-2434

Arthur H. Bryant, PHV
abryant@baileyglasser.com
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Tel: (510) 272-8000

*Attorneys for Plaintiffs and the proposed classes*
[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| ASHLEY SCHROEDER, KENDALL CLARK, HALLI FIELDS, NATASHA GEORGE, JOSIE GRIFFITHS, JADE BERNAL, DAHLIA MCALLISTER, PRESLEY MCCASKILL, ABIGAIL PLEVIN, VALERIE PETERSON, ELLA TYUS, SIULOLOVAO FOLAU, ALEX LAITA, BATIA ROTSHTEIN, ZOE ALMANZA, BEATRICE WETTON, MIA LOPEZ, DELANEY HOPEN, CARLY WALLACE, SAVANNAH SIEGRIST, ANASTASIA LIMA, MADELYN LAFOLLETTE, ALEXANDRA HADEN, JOSIE COLE, ALAINA THOMAS, VIVIAN DONOVAN, ELISE HAVERLAND, RIVER RIBEIRO, SOPHIA SCHMITZ, SYDNEY WEDDLE, CLAIRE DALEY and ANNA MARIA KNIGHT, Individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF OREGON,<br><br>Defendant. | Case No.: 6:23-cv-01806-MC<br><br>**DECLARATION OF JENNIFER MIDDLETON IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS** |

I, Jennifer Middleton, declare as follows:

1. I am one of the attorneys representing Plaintiffs in this matter.

2. On July 3 and July 5, Defendant UO filed three motions: a motion to dismiss under Rule 12(b)(1), a motion for judgment on the pleadings, and a motion for partial summary judgment.

3. The parties have a mediation before Judge Beckerman scheduled for two days next week, July 18 and 19.

4. The parties conferred and agree that it makes sense to push the briefing schedule until after mediation so that the parties can focus on attempting to resolve this case.

5. The parties agreed to a briefing schedule as follows;

Plaintiffs' responses to all motions due August 19

Defendant's replies to all three motions due September 18.

6. This motion is not made for the purpose of delay.

**I declare under penalty of perjury that the foregoing is true and correct**.

Dated: July 12, 2024

                Respectfully submitted,

                *s/Jennifer J. Middleton*
                Jennifer J. Middleton, OSB No. 071510
                jmiddleton@justicelawyers.com
                JOHNSON JOHNSON LUCAS & MIDDLETON PC
                975 Oak Street, Suite 1050
                Eugene, OR 97401
                Tel: (541) 484-2434
                Fax: (541) 484-0882

**DECLARATION OF JENNIFER MIDDLETON IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS**   2

## CERTIFICATE OF SERVICE

      I certify that on July 12, 2024, a true copy of the **DECLARATION OF JENNIFER MIDDLETON IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS** was served as indicated below:

| | |
|---|---|
| Sarah Crooks<br>Stephen English<br>PERKINS COIE LLP<br>1120 NW Couch 10th FL<br>Portland, OR 97209<br>scrooks@perkinscoie.com<br>senglish@perkinsoie.com<br><br>Attorneys for Defendant | [ ] U.S. Mail<br>[ X ] Electronic Filing<br>[ ] Email only<br>[ ] Fax |

JOHNSON JOHNSON LUCAS & MIDDLETON, PC

*/s/ Jaclyn Hays*

Jaclyn R. Hayes, Legal Assistant
541/484-2434
541/484-0882 fax
jhayes@justicelawyers.com