| | |
|---|---|
| Jennifer J. Middleton (OSB No. 071510)<br>jmiddleton@justicelawyers.com<br>**JOHNSON JOHNSON LUCAS &**<br>**MIDDLETON PC**<br>975 Oak St., Ste. 1050<br>Eugene, OR 97401-3124<br>Tel: 541-484-2434 | Michael Rubin (*pro hac vice*)<br>Eve H. Cervantez (*pro hac vice*)<br>Matthew J. Murray (*pro hac vice*)<br>Robin S. Tholin (*pro hac vice*)<br>mrubin@altshulerberzon.com<br>ecervantez@altshulerberzon.com<br>mmurray@altshulerberzon.com<br>rtholin@altshulerberzon.com |
| Arthur H. Bryant (*pro hac vice*)<br>arthur@arthurbryantlaw.com<br>**ARTHUR BRYANT LAW, P.C.**<br>1999 Harrison St., 18th Floor<br>Oakland, CA 94612-4700<br>Tel: 510-391-5454 | **ALTSHULER BERZON LLP**<br>177 Post St., Ste. 300<br>San Francisco, CA 94108-4733<br>Tel: 415-421-7151 |
| Lori Bullock (*pro hac vice*)<br>lbullock@bullocklawpllc.com<br>**BULLOCK LAW PLLC**<br>309 E 5th Street, Suite 202B<br>Des Moines, Iowa 50309<br>Tel: 515-423-0051 | |

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ASHLEY SCHROEDER, *et al.*,<br><br>          Plaintiffs,<br><br>  v.<br><br>UNIVERSITY OF OREGON,<br><br>          Defendant. | Case No. 6:23-cv-01806-MC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**                                                                                                          1

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, CA. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On September 22, 2025, I served the following document(s), which were filed under seal in this case:

- **Plaintiffs' Motion for Class Certification (Unredacted)**
- **Exhibit G to the Declaration of Robin S. Tholin**
- **Exhibit H to the Declaration of Robin S. Tholin**

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** Pursuant to Defendants' counsel's agreement to accept electronic service, I caused such document(s) to be served via electronic mail on all Defendants by transmitting true and correct copies to the following email address(es):

Thomas Tobin, ttobin@perkinscoie.com
Sarah J. Crooks, scrooks@perkinscoie.com
Stephen F. English, senglish@perkinscoie.com
Adrianna Simonelli, asimonelli@perkinscoie.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this day of September 22, 2025 at San Francisco, CA.

*/s/ Robin S. Tholin*
Robin S. Tholin
