Jennifer J. Middleton (OSB No. 071510)
jmiddleton@justicelawyers.com
**JOHNSON JOHNSON LUCAS &
MIDDLETON PC**
975 Oak St., Ste. 1050
Eugene, OR 97401-3124
Tel: 541-484-2434

Arthur H. Bryant (*pro hac vice*)
arthur@arthurbryantlaw.com
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison St., 18th Floor
Oakland, CA 94612-4700
Tel: 510-391-5454

Lori Bullock (*pro hac vice*)
lbullock@bullocklawpllc.com
**BULLOCK LAW PLLC**
309 E 5th Street, Suite 202B
Des Moines, Iowa 50309
Tel: 515-423-0051

Michael Rubin (*pro hac vice*)
Eve H. Cervantez (*pro hac vice*)
Matthew J. Murray (*pro hac vice*)
Robin S. Tholin (*pro hac vice*)
mrubin@altber.com
ecervantez@altber.com
mmurray@altber.com
rtholin@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Ste. 300
San Francisco, CA 94108-4733
Tel: 415-421-7151

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ASHLEY SCHROEDER, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>UNIVERSITY OF OREGON,<br><br>           Defendant. | Case No. 6:23-cv-01806-MC<br><br>**SUPPLEMENTAL DECLARATION OF ROBIN S. THOLIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

I, Robin S. Tholin, declare as follows:

1. I am a member in good standing of the bar of the State of California, an attorney with the law firm Altshuler Berzon LLP, and admitted *pro hac vice* in this Court. I am one of the counsel of record representing Plaintiffs in this case. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2. This supplemental declaration is submitted in support of Plaintiffs' Reply in support of Motion for Class Certification.

3. On September 9, 2025, Defendant's counsel took the deposition of Plaintiff Elise Haverland in Eugene, Oregon, and the deposition was transcribed by a Certified Shorthand Reporter. **Exhibit A** is a true and correct copy of excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. Haverland's deposition.

4. On September 22, 2025, Defendant's counsel took the deposition of Plaintiff River Ribeiro in Eugene, Oregon, and the deposition was transcribed by a Certified Shorthand Reporter. **Exhibit B** is a true and correct copy of excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. Ribeiro's deposition.

5. On September 23, 2025, Defendant's counsel took the deposition of Plaintiff Sophia Schmitz in via remote videoconferencing, and the deposition was transcribed by a Certified Shorthand Reporter. **Exhibit C** is a true and correct copy of excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. Schmitz's deposition.

6. On October 1, 2025, Defendant's counsel took the deposition of Plaintiff Ashley Schroeder in West Palm Beach, Florida, and the deposition was transcribed by a stenographic reporter. **Exhibit D** is a true and correct copy of excerpts of the transcript of Ms. Schroeder's deposition.

7. On October 2, 2025, Defendant's counsel took the deposition of Plaintiff Abigail Plevin in West Palm Beach, Florida, and the deposition was transcribed by a stenographic reporter. **Exhibit E** is a true and correct copy of excerpts of the transcript of Ms. Plevin's deposition.

8. On October 3, 2025, Defendant's counsel took the deposition of Plaintiff Batia Rotshtein via remote videoconferencing, and the deposition was transcribed by a Certified Shorthand Reporter. **Exhibit F** is a true and correct copy of excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. Rotshtein's deposition.

9. On October 8, 2025, Defendant's counsel took the deposition of Plaintiff Carly Wallace in Eugene, Oregon, and the deposition was transcribed by a Certified Shorthand Reporter. **Exhibit G** is a true and correct copy of excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. Wallace's deposition.

10. On October 9, 2025, Defendant's counsel took the deposition of Plaintiff Natasha George in Eugene, Oregon, and the deposition was transcribed by a Certified Shorthand Reporter. **Exhibit H** is a true and correct copy of excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. George's deposition.

11. On August 15, 2025, Plaintiffs' counsel took the deposition of University of Oregon Senior Associate Athletic Director and Chief Compliance Officer Jody Sykes. Excerpts of this deposition were attached to my previous declaration filed in this case. See ECF 105, Tholin Decl. ¶¶9-10; ECF 136-1, Ex. G (unsealed excerpts). Further excerpts of the transcript prepared by the Certified Shorthand Reporter of Ms. Sykes's deposition are attached hereto as **Exhibit I**.

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct. Executed this 4th day of February, 2026 in San Francisco, California.

*s/ Robin S. Tholin*
Robin S. Tholin