# EXHIBIT A

```
              UNITED STATES DISTRICT COURT

                   DISTRICT OF OREGON

                     EUGENE DIVISION


ASHLEY SCHROEDER, et al.,     )
                              )
          Plaintiffs,         )
                              )
     v.                       ) No. 6:23-cv-01806-MC
                              )
UNIVERSITY OF OREGON,         )
                              )
          Defendant.          )
                              )




              DEPOSITION OF ELISE HAVERLAND

                  September 9th, 2025

                        Tuesday

                      9:08 A.M.



     THE REMOTE VIDEO-RECORDED DEPOSITION OF
ELISE HAVERLAND was taken at Johnson Johnson Lucas &
Middleton, 975 Oak Street, Suite 1050, Eugene,
Oregon, before Deborah M. Bonds, CSR-RPR, Certified
Shorthand Reporter in and for the State of Oregon
and Washington.
```

```
 1                    APPEARANCES
 2  For the Plaintiffs:
 3      BULLOCK LAW PLLC
 4      309 E. 5th Street, Suite 202B
 5      Des Moines, Iowa 50309
 6      515/423-0551
 7      BY:  MS. LORI BULLOCK (pro hac vice)
 8      (Appeared via Zoom)
 9      lbullock@bullocklawpllc.com
10              AND
11      JOHNSON JOHNSON LUCAS & MIDDLETON
12      975 Oak Street, Suite 1050
13      Eugene, Oregon 97401
14      541/484-2434
15      BY:  MS. JENNIFER MIDDLETON
16      jmiddleton@justicelawyers.com
17
18  For the Defendant:
19      PERKINS COIE LLP
20      1120 NW Couch Street, 10th Floor
21      Portland, Oregon 97209-4128
22      503/727-2000
23      BY:  MR. STEPHEN F. ENGLISH (Appeared via Zoom)
24      senglish@perkinscoie.com
25                                          (continued)
```

```
 1
 2              APPEARANCES (continued)
 3
 4  For the Defendant:
 5      PERKINS COIE LLP
 6      1301 Second Avenue, Suite 4200
 7      Seattle, Washington 98101-3804
 8      646/262-1745
 9      BY:  MR. THOMAS J. TOBIN
10      ttobin@perkinscoie.com
11
12  Videographed by:
13      MARK STAFFORD, videographer
14
15  Reported by:
16      DEBORAH M. BONDS, CSR, CCR, RPR
17
18
19
20
21
22
23
24
25
```

```
 1                        INDEX
 2   WITNESS..............................................PAGE
 3   ELISE HAVERLAND
 4        BY MR. ENGLISH                                    6
 5        BY MS. BULLOCK                                  170
 6        BY MR. TOBIN                                    179
 7
 8   EXHIBITS.............................................PAGE
 9    Exhibit 1   Class Action Complaint                   31
10    Exhibit 2   Head of the Lake entry sheet             45
11    Exhibit 3   ACRA National Championship Regatta       54
12                entry sheet, 2022
13    Exhibit 4   ACRA National Championship Regatta       70
                  entry sheet, 2023
14    Exhibit 5   Big Ten Championship Rowing Season       76
15                in Review, 2022
16    Exhibit 6   Big Ten Championship Rowing Season       76
                  in Review, 2023
17    Exhibit 7   2023 University of Oregon               100
18                Undergraduate Athletic Interest
                  Survey Report
19    Exhibit 8   Elise Haverland diary pages             163
20    Exhibit 9   Rutgers Women's Eastern Sprint          172
                  Regatta Results, 5/2024
21
22   REQUESTS............................PAGE...LINE
     Alumni Association Minutes - Rowing        183     17
23
     INSTRUCTIONS:  PAGE/LINE     181/24
24
25   CONFIDENTIAL DESIGNATIONS:    Page 195
```

```
 1                THE VIDEOGRAPHER:  We're on the
 2   record.  Today is Tuesday, September the 9th, 2025.
 3   Our time indicates 9:08.  This is the deposition of
 4   Elsie [sic] Haverland in the matter of Ashley
 5   Schroeder, et al., versus University of Oregon, Case
 6   Number 6:23-CV-01806.
 7                The deposition is taking place at the
 8   Law Offices of Johnson Johnson Lucas & Middleton, in
 9   Eugene, Oregon.
10                And at this time I would ask to have
11   counsel identify themselves, and then we will have
12   our witness sworn in, please.
13                MS. BULLOCK:  Lori Bullock on behalf
14   of the plaintiffs.
15                MS. MIDDLETON:  And Jennifer Middleton
16   for Plaintiffs.
17                MR. ENGLISH:  Stephen English on
18   behalf of Defendant University of Oregon.
19                And if I could, Mr. Videographer, I
20   believe that her name is Elise, not Elsie.
21                THE VIDEOGRAPHER:  Oh, thank you.
22                MR. TOBIN:  And Tommy Tobin for
23   Defendant University of Oregon.
24   / / /
25   / / /
```

```
 1                    ELISE HAVERLAND,
 2   having been first duly sworn to testify the truth,
 3   the whole truth, and nothing but the truth, was
 4   examined and testified as follows:
 5                THE VIDEOGRAPHER:  You may begin.
 6
 7                         EXAMINATION
 8   BY MR. ENGLISH:
 9       Q.    Good morning, Ms. Haverland.  My name is
10   Stephen English, and I am going to be asking you
11   questions today.  You understand the significance of
12   your taking the oath to tell the truth?
13       A.    I do, yes.
14       Q.    A few guidelines that may be helpful.
15   Number one, because we're doing this remotely, I
16   want to make sure that we speak clearly enough so
17   that we can understand and hear one another.
18             Number two, we will do our best, each of
19   us, not to interrupt the other.  So I will try to
20   make sure you've completed your answer before I
21   begin my next question, and if you can allow me to
22   finish my question before you start your answer,
23   that will make it much easier for clarity and for
24   the court reporter as well --
25       A.    Will do.
```

Elise Haverland
(Confidential Designations)

105

```
 1  whether or not, other than members of the club
 2  rowing team at the time this survey was filled out,
 3  indicated both an ability and an interest in rowing?
 4       A.   Sorry.  Just to -- can you -- can you
 5  clarify the question please or restate?
 6       Q.   The survey shows that six individuals
 7  checked the box that said they were currently doing
 8  club rowing.
 9       A.   Yes.  Yeah.
10       Q.   Okay.  Now, independent of those six who
11  were doing club rowing, was there any indication
12  that anyone else among the 2000-plus students --
13  female students who responded actually indicated an
14  ability to row?
15       A.   I have no knowledge of other people's
16  responses to the survey, other than what's on the
17  sheet in front of us here.
18       Q.   What we know for sure though is that you
19  checked the box that you do club rowing and you have
20  the ability; right?
21       A.   Correct.
22            MR. ENGLISH:  Excuse me just a second.
23  Something is going on with my -- I am trying to make
24  sure my -- I don't know if anybody else can hear
25  those obnoxious sounds.
```

1    Q.   Okay.  And again do you have any personal
2  knowledge of why that fairly significant number of
3  individuals left the women's team from the beginning
4  of your sophomore year when you had 31 to spring
5  season when you had 12 to 14?
6    A.   I have limited personal knowledge on it.
7  I'll share it in a second, but I'd just like to note
8  that if you want a fuller understanding of why all
9  those folks left the team, it would be best to talk
10 to them.  I only know some of those reasons that
11 some of those individuals left, not even all of them
12 for each of them.
13   Q.   Okay.
14   A.   To some extent, I think that was around
15 the point when we -- we had added on a lift that
16 year -- actually, that's something that I forgot to
17 mention earlier in the conversation about practice
18 schedule -- is my sophomore year we implemented
19 lifts.  I believe it was at least once a week, if
20 not twice a week, that we would have an additional
21 hour or so of lifting.  And with that added on --
22   Q.   When you say lifting, you're talking about
23 weight training; right?
24   A.   Yes, weight training, correct.  And with
25 that added onto our already very time-consuming

1  schedule, ==a lot of the folks who needed to work jobs==
2  ==to pay for their schooling and to pay for the club==
3  ==rowing team couldn't make that work anymore.==
4          And I think that once a few people left,
5  people followed their friends to some extent.  It
6  was a time of a lot of -- it was a chaotic time, and
7  I think that that added to the number of people that
8  didn't stick around.
9       Q.   Okay.  Going back a couple more questions
10 on -- you were injured in the fall of 2023.  And
11 then did you -- were you actually on the team in the
12 spring of 2024, which would have been that spring
13 season?
14      A.   I was still on the team.  I wasn't rowing.
15 I wasn't competing, but I was a -- I was the women's
16 captain, which is a position that can only be held
17 by a student on the team, so, yes, I was still on
18 the team.
19      Q.   So you weren't participating in regattas
20 and you were not practicing with the team in the
21 spring of 2024; right?
22      A.   I was showing up to practices and
23 participating in my capacity as essentially a coach
24 at that point.  I was showing up to regattas and
25 assisting in making sure that everybody else was

```
 1     A.    Yes, I do see it.
 2     Q.    Okay.
 3           MR. TOBIN:  And, by the way, I'm going
 4  to object.  This -- lack of foundation.
 5           MS. BULLOCK:  Sure.
 6  BY MS. BULLOCK:
 7     Q.    And in -- if we were to look at University
 8  of Oregon's time in Exhibit 4 for the varsity 4 --
 9     A.    Okay.
10     Q.    -- which was 8:17 --
11     A.    Correct.
12     Q.    -- where would -- where would the club
13  team have placed in this varsity Division I race?
14           MR. TOBIN:  I'm going to object, Lori.
15  This is a 2024 race comparing to a 2023.  You
16  misstated her testimony that there's differences in
17  water conditions that affect times.
18           MS. BULLOCK:  She answered the same
19  question on your side, so she can answer it here.
20     A.    I would say the same thing there.  If we
21  were comparing just times, Oregon would have
22  placed -- 8:17 -- sixth in the grand final.
23           Again, depending on the course, who's in
24  the boat at the time, and the weather at the moment
25  of that race.  Even the other boats that are
```

1  included in the race, the times can wildly differ.
2  BY MS. BULLOCK:
3      Q.   And if we look at Exhibit 6, which is the
4  2023 Big Ten Championships.  Do you see that there?
5      A.   Yes.
6      Q.   Okay.  So if we look at Rutgers in the
7  first varsity 4 result, their time on that race was
8  7:21.
9           Do you see that?
10     A.   I do.
11     Q.   Okay.  And then if we again look at
12 Exhibit 9 on page 4, their time was 7:42.
13          Do you see that?
14     A.   Yes, I do.
15     Q.   Okay.  And is that what you're referring
16 to when you're saying that, you know, even the --
17 there are a lot of factors that affect a time in a
18 race?
19     A.   Yes, it is.  The lineup may have changed
20 day -- between the first race and the second -- or
21 between the one referenced in document 6 and the one
22 referenced in document 9.  The weather may have
23 changed, the -- again, like, competing against
24 different boats can change just based on the day,
25 you would compete differently.

```
 1  STATE OF OREGON       )
 2                        )   ss.
 3  County of Lane        )
 4
 5      I, Deborah M. Bonds, CSR-RPR, a Certified
 6  Shorthand Reporter for the State of Oregon and
 7  Washington, certify that the witness was sworn and
 8  the transcript is a true record of the testimony
 9  given by the witness; that at said time and place I
10  reported all testimony and other oral proceedings in
11  the foregoing matter; that the foregoing transcript
12  consisting of 192 pages contains a full, true, and
13  correct transcript of the proceedings reported by me
14  to the best of my ability on said date.
15         If any of the parties or the witness requested
16  review of the transcript at the time of the
17  proceedings, correction pages have been inserted.
18         IN WITNESS WHEREOF, I have set my hand and CSR
19  seal this 24th day of September, 2025, in the City
20  of Eugene, County of Lane, State of Oregon.
21
22  [signature]
23  Deborah M. Bonds, CSR, CCR, RPR
24  Oregon CSR No. 01-0374, Expires September 30, 2026
25  Washington CCR No. 21014344, Expires May 5, 2026
```