# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

ASHLEY SCHROEDER, et al.,    )
      Plaintiffs,    )
  v.    ) No. 6:23-cv-01806-MC
UNIVERSITY OF OREGON,    )
      Defendant.    )

\*\* PORTIONS MARKED CONFIDENTIAL PURSUANT TO

PROTECTIVE ORDER \*\*

DEPOSITION OF RIVER RIBEIRO

September 22, 2025

Monday, 9:07 A.M.

THE VIDEO-RECORDED DEPOSITION OF RIVER RIBEIRO was taken at Johnson Johnson Lucas & Middleton, PC, 975 Oak Street, Suite 1050, Eugene, Oregon, before Christine Oljace, CSR, RPR, CRC, Certified Shorthand Reporter in and for the State of Oregon.

```
 1                    APPEARANCES

 2
    For the Plaintiffs:
 3
         BULLOCK LAW, PLLC
 4       309 East 5th Street, Suite 202B
         Des Moines, Iowa 50309
 5       515/423-0551
         BY:  MS. LORI BULLOCK (appearing via Zoom)
 6       lbullock@bullocklawpllc.com

 7       JOHNSON JOHNSON LUCAS & MIDDLETON, PC
         975 Oak Street, Suite 1050
 8       Eugene, Oregon 97401
         541/484-2434
 9       BY:  MS. JENNIFER MIDDLETON
         jmiddleton@justicelawyers.com
10

11  For the Defendant:

12       PERKINS COIE
         1120 NW Couch, 10th Floor
13       Portland, Oregon 97209
         503/727-2000
14       BY:  MS. ADRIANNA SIMONELLI
         asimonelli@perkinscoie.com
15       BY:  MR. STEPHEN F. ENGLISH (appearing via Zoom)
         senglish@perkinscoie.com
16
         PERKINS COIE
17       1201 Third Avenue, Suite 4900
         Seattle, Washington 98101
18       206/359-8000
         BY:  MR. THOMAS J. TOBIN (appearing via Zoom)
19       ttobin@perkinscoie.com

20       UNIVERSITY OF OREGON
         OFFICE OF GENERAL COUNSEL
21       1226 University of Oregon
         Eugene, Oregon 97403
22       541/346-3082
         BY: MR. DOUGLAS Y.S. PARK (appearing via Zoom)
23       dougpark@uoregon.edu

24

25
                                         (continued)
```

River Ribeiro
(Confidential Designations)

3

```
 1  (continued)
 2                    APPEARANCES
 3
 4  Also Present:
 5       MS. PAIGE SCHROEDER
 6
 7
 8  Video-recorded by:  MARK STAFFORD
 9  Reported by:  CHRISTINE OLJACE, CSR, RPR, CRC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                          INDEX


WITNESS......................................PAGE

RIVER RIBEIRO

     BY MS. SIMONELLI                          7, 127

     BY MS. BULLOCK                              124



EXHIBITS.....................................PAGE

  Exhibit 1     Class Action Complaint              21

  Exhibit 7     Undergraduate athletics             52
                interest survey

  Exhibit 25    NCAA financial report               91

  Exhibit 27    Email, 7/6/2025, Rowing             56
                Grievances;
                Ribeiro000001 - 000002

  Exhibit 28    Email, 12/4/2022;                   65
                Ribeiro000006 - 000007

  Exhibit 29    Email, 9/22/2023;                   67
                Ribeiro000008 - 000009

  Exhibit 30    River S. Romeiro resume;            69
                Ribeiro0000010 - 0000012

  Exhibit 31    Declaration of River Ribeiro        71
                in Support of Plaintiffs' Motion
                for Class Certification;
                Ribeiro0000013 - 0000016

  Exhibit 32    Plaintiff River Ribeiro             77
                Response to Defendant's First
                Set of Interrogatories.
```

(continued)

River Ribeiro
(Confidential Designations)

5

```
 1  (continued)
                          INDEX
 2  EXHIBITS..........................................PAGE

 3    Exhibit 33    Article entitled "Opening Doors    94
                    to Language and Cultural
 4                  Discovery"

 5    Exhibit 34    Plaintiff River Ribeiro           100
                    Response to Defendant's First
 6                  Set of Requests for Production

 7

 8  MARKED TEXT.................................PAGE/LINE

 9  INSTRUCTIONS:                                    23/20

10                                                   36/19

11                                                   96/18

12                                                    97/8

13                                                   107/7

14

15  INFORMATION REQUESTED.......................PAGE/LINE

16  Records                                          74/23

17  Slack messages                                  101/13

18

19  RECORD MARKED CONFIDENTIAL..................PAGE/LINE

20                                                   81/21

21                                                   86/24

22

23

24  CONFIDENTIAL DESIGNATIONS                        131/1

25
```

```
 1                THE VIDEOGRAPHER:  We are on the
 2   record.  Today is September the 22nd, 2025.  Our
 3   time indicates 9:07.
 4                This is the deposition of River
 5   Ribeiro in the matter of Schroeder et al. versus
 6   University of Oregon.  The case number is
 7   6:23-cv-01806-MC.
 8                The recording is taking place at the
 9   offices of Johnson Johnson Lucas & Middleton in
10   Eugene, Oregon.
11                And at this time I would ask to have
12   counsel identify themselves, and then we will have
13   our witness sworn in, please.
14                MS. SIMONELLI:  Adrianna Simonelli.  I
15   represent the University of Oregon, and I am joined
16   by my colleagues Steve English, Tommy Tobin, and
17   Doug Park.
18                MS. BULLOCK:  Lori Bullock on behalf
19   of Plaintiff, and I am joined by Jennifer Middleton.
20                MS. MIDDLETON:  And we also have Paige
21   Schroeder, a law clerk in our office, here joining
22   us.  No relation.
23   ///
24   ///
25   ///
```

```
 1                    RIVER RIBEIRO,
 2  having been first duly sworn to testify the truth,
 3  the whole truth, and nothing but the truth, was
 4  examined and testified as follows:
 5
 6                     EXAMINATION
 7  BY MS. SIMONELLI:
 8       Q.    Good morning.
 9       A.    Good morning.
10       Q.    Have you had your deposition taken before?
11       A.    No.
12       Q.    We are just going to go over some ground
13  rules and logistics then.
14             I will ask that you answer questions
15  truthfully and to the best of your knowledge.  If
16  you don't understand a question I'm asking you, ask
17  for clarification.
18             And your attorney, I believe Ms. Bullock,
19  will be objecting.  When she makes an objection, you
20  still need to respond to the question that's pending
21  unless she directs you not to respond on the basis
22  of attorney-client privilege.
23             Is there anything that would prevent you
24  from testifying truthfully and fully today?
25       A.    No.
```

```
 1  previously covered before we turn to our next
 2  exhibit.
 3          You testified that you played a number of
 4  sports in high school.  Were you a varsity team
 5  member for any of those sports?
 6      A.  Yes, in high school.  Yes, high school
 7  varsity.
 8      Q.  Which sports did you play high school
 9  varsity in?
10      A.  Tennis and alpine ski racing technically.
11      Q.  Do you believe you are qualified to
12  compete at the NCAA Division I level in any varsity
13  sport currently offered in the NCAA?
14      A.  Yes.
15      Q.  Which sport?
16      A.  I would say rowing.
17      Q.  We previously discussed how the complaint
18  alleges a lack of educational benefits.  If you had
19  received the educational benefits that you testified
20  the varsity student-athletes received, do you think
21  you would have gotten better grades in college?
22      A.  I don't know.
23      Q.  Okay.
24      A.  I can't say for sure.
25              MS. SIMONELLI:  And I would like to go
```

```
 1  State of Oregon    )
                       )     ss.
 2  County of Lane     )

 3       I, Christine Oljace, CSR-RPR, a Certified
 4  Shorthand Reporter for the State of Oregon, certify
 5  that the witness was sworn and the transcript is a
 6  true record of the testimony given by the witness;
 7  that at said time and place I reported by stenotype
 8  all testimony and other oral proceedings had in the
 9  foregoing matter; that the foregoing transcript
10  consisting of 128 pages contains a full, true, and
11  correct transcript of said proceedings reported by
12  me to the best of my ability on said date.
13       If any of the parties or the witness requested
14  review of the transcript at the time of the
15  proceedings, correction pages are attached.
16       IN WITNESS WHEREOF, I have set my hand this 25th
17  day of September 2025, in the City of Eugene, County
18  of Lane, State of Oregon.
19
20
21  [signature: Christine L Oljace]
22  Christine Oljace, CSR-RPR-CRC
23  CSR No. 05-0397
24  Expiration Date:  September 30, 2027
25
```