# EXHIBIT C

1

UNITED STATES DISTRICT COURT

DISTRICT OF EUGENE

EUGENE DIVISION

ASHLEY SCHROEDER, et al.,     ) No. 6:23-CV-01806-MC
        Plaintiffs,     )
    v.     )
UNIVERSITY OF OREGON,     )
        Defendant.     )

VIDEO-RECORDED DEPOSITION OF SOPHIA SCHMITZ

September 23, 2025

Tuesday

9:01 A.M.

    THE VIDEO-RECORDED DEPOSITION OF SOPHIA SCHMITZ was taken from San Francisco, California, before Deana R. Mead, CSR, Certified Shorthand Reporter in and for the State of Oregon, via remote videoconferencing.

```
 1                    APPEARANCES

 2       (All parties appearing by videoconference)

 3                      * * *

 4    For the Plaintiffs:

 5        ALTSHULER BERZON, LLP

 6        177 Post Street, Suite 300

 7        San Francisco, California 94108

 8        415/421-7151

 9        BY:  MR. MATTHEW J. MURRAY

10        mmurray@altber.com

11        BY:  MS. ROBIN S. THOLIN

12        rtholin@altber.com

13

14    For the Defendant:

15        PERKINS COIE LLP

16        1120 NW Couch Street, 10th Floor

17        Portland, Oregon 97209

18        503/727-2000

19        BY:  MS. ADRIANNA SIMONELLI

20        asimonelli@perkinscoie.com

21        BY:  MR. THOMAS J. TOBIN

22        ttobin@perkinscoie.com

23        BY:  MS. SARAH J. CROOKS

24        scrooks@perkinscoie.com

25                                       (continued)
```

```
 1                    APPEARANCES
 2

 3     For the Defendant:
 4          OFFICE OF GENERAL COUNSEL
 5          6251 University of Oregon
 6          Eugene, Oregon 97403
 7          541/346-3082
 8          BY:  MR. DOUGLAS Y.S. PARK
 9          dougpark@uoregon.edu
10
11     Also Present:
12          MARK STAFFORD, Zoom videographer
13
14     Reported by:
15          DEANA R. MEAD, CSR
16
17
18
19
20
21
22
23
24
25
```

```
 1                         INDEX
 2
 3    WITNESS.......................................PAGE
 4    SOPHIA SCHMITZ
 5         BY MS. SIMONELLI                         7,109
 6         BY MR. MURRAY                              108
 7
 8    EXHIBITS......................................PAGE
 9    Exhibit 35     Email to Zach Hedeen from         31
10                   Sophia Schmitz, March 25, 2022,
11                   Bates Number Schmitz 000028
12    Exhibit 36     Text messages, Bates Numbers     63
13                   Schmitz 000147 through 000149
14    Exhibit 37     Resume of Sophia Schmitz,        68
15                   Bates Numbers Schmitz 000004
16                   through 000005
17    Exhibit 38     Social media post, Bates         71
18                   Number Schmitz 000022
19    Exhibit 39     Log of incidents, Bates Number   73
20                   Schmitz 000027
21    Exhibit 40     Declaration of Sophia Schmitz    78
22                   in Support of Plaintiffs'
23                   Motion for Class Certification,
24                   September 15, 2025, Bates Number
25                   Schmitz 000202 through 000206
```

```
 1   EXHIBITS.......................................PAGE
 2   Exhibit 41    Plaintiff Sophia Schmitz's       83
 3                 Response to Defendant's First
 4                 Set of Requests for
 5                 Interrogatories, August 27,
 6                 2025
 7   Exhibit 42    Plaintiff Sophia Schmitz's       93
 8                 Response to Defendant's First
 9                 Set of Requests for Production,
10                 August 27, 2025
11
12
13   MARKED TEXT............................PAGE/LINE...
14   INSTRUCTION                                 100/13
15   TRANSCRIPT MARKED CONFIDENTIAL    23/15 through 24/ 6
16   TRANSCRIPT MARKED CONFIDENTIAL    76/12 through 76/18
17
18   CONFIDENTIAL DESIGNATIONS..............Page 114
19
20
21
22
23
24
25
```

```
1              THE VIDEOGRAPHER:  We're going on the
2    record.  Today is Tuesday, September the 23rd, 2025.
3    Our time indicates 9:01.  This is the deposition of
4    Sophia Schmitz in the matter of Schroeder, et al.,
5    versus the University of Oregon.  This is a Zoom
6    recording.
7              And at this time I would ask to have
8    counsel identify themselves and whom they represent,
9    and then we'll have the court reporter swear in the
10   witness, please.  Thank you.
11             MS. SIMONELLI:  I'm Adrianna
12   Simonelli, and I represent the University of Oregon,
13   and I'm joined today on Zoom by my colleague Tommy
14   Tobin, Doug Park, and Sarah Crooks.
15             MR. MURRAY:  I'm Matthew Murray.  I
16   represent the plaintiffs, including the deponent.
17   I'm joined by my colleague Robin Tholin.
18
19             SOPHIA SCHMITZ,
20   having been first duly sworn to testify the truth,
21   the whole truth, and nothing but the truth, was
22   examined and testified as follows:
23   ///
24   ///
25   ///
```

```
 1   schools?
 2        A.    Some of them.
 3        Q.    Do you remember where else you got
 4   accepted?
 5        A.    I know I was accepted to Rutgers and Tufts
 6   and a couple of the UCs, but I don't remember which
 7   ones.
 8        Q.    Back to our conversation about the report
 9   to the dean of students, do you know, based off of
10   the conversations you had at the leadership
11   meetings, who was reported to the dean of students?
12              MR. MURRAY:  Objection.  Calls for
13   speculation.
14              Answer what you know.
15        A.    I don't remember his name at this time.
16   BY MS. SIMONELLI:
17        Q.    Are you qualified to compete at the
18   Division 1 level in any varsity sport?
19              MR. MURRAY:  Objection.  Calls for
20   speculation and a legal conclusion.
21        A.    I'm not sure, but I would think so.
22   BY MS. SIMONELLI:
23        Q.    And what sport would that be?
24        A.    Rowing.
25        Q.    Why do you think so?
```

Sophia Schmitz
(Confidential Designations)

35

1   A.   Because we practiced and competed at the
2   same level as D1 teams, and I think we were pretty
3   successful in doing that.
4   Q.   How do you define the same level?
5   A.   For competition, I would define it as
6   being in the same races and having similar outcomes
7   from those races.
8            THE REPORTER:  Ms. Schmitz, could you
9   just get a little closer to the mic or speak up a
10  little bit, please.
11           THE WITNESS:  Yes.  Sorry.
12           MR. MURRAY:  Could we pause?  I wonder
13  if the mic is in a -- if I can move the mic into a
14  closer spot.
15           MS. SIMONELLI:  Sure.  Do you want to
16  go off the record real quick?
17           MR. MURRAY:  Yeah.  Let's go off the
18  record for a second.
19           MS. SIMONELLI:  Sure.
20           THE VIDEOGRAPHER:  9:41 we're off the
21  record.
22           (Discussion off the record.)
23           THE VIDEOGRAPHER:  We're back on the
24  record.  Our time is 9:42.
25  BY MS. SIMONELLI:

```
1    State of Oregon    )
                        )    ss.
2    County of Douglas  )

3

4        I, Deana R. Mead, CSR, Certified Shorthand
5    Reporter for the State of Oregon, certify that the
6    witness was sworn and the transcript is a true
7    record of the testimony given by the witness; that
8    at said time and place I reported by stenotype all
9    testimony and other oral proceedings had in the
10   foregoing matter; that the foregoing transcript
11   consisting of 111 pages contains a full, true and
12   correct transcript of said proceedings reported by
13   me to the best of my ability on said date.
14       If any of the parties or the witness requested
15   review of the transcript at the time of the
16   proceedings, correction pages are included.
17       IN WITNESS WHEREOF, I have set my hand this 26th
18   day of September 2025, in the City of Roseburg,
19   County of Douglas, State of Oregon.
20
21
22       [Signature: Deana R. Mead]
23   Deana R. Mead, CSR
24   CSR No. 98-0350
25   Expiration Date:  June 30, 2026
```