Jennifer J. Middleton (OSB No. 071510)
jmiddleton@justicelawyers.com
**JOHNSON JOHNSON LUCAS & MIDDLETON PC**
975 Oak St., Ste. 1050
Eugene, OR 97401-3124
Tel: 541-484-2434

Arthur H. Bryant (*pro hac vice*)
arthur@arthurbryantlaw.com
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison St., 18th Floor
Oakland, CA 94612-4700
Tel: 510-391-5454

Lori Bullock (*pro hac vice*)
lbullock@bullocklawpllc.com
**BULLOCK LAW PLLC**
309 E 5th Street, Suite 202B
Des Moines, Iowa 50309
Tel: 515-423-0051

Michael Rubin (*pro hac vice*)
Eve H. Cervantez (*pro hac vice*)
Matthew J. Murray (*pro hac vice*)
Robin S. Tholin (*pro hac vice*)
mrubin@altber.com
ecervantez@altber.com
mmurray@altber.com
rtholin@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Ste. 300
San Francisco, CA 94108-4733
Tel: 415-421-7151

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

ASHLEY SCHROEDER, *et al.*,

Plaintiffs,

v.

UNIVERSITY OF OREGON,

Defendant.

Case No. 6:23-cv-01806-MC

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF CASE DEADLINES**

## LR 7-1 Certification

In compliance with LR 7-1, Plaintiffs' counsel certify that they conferred in good faith via face-to-face video conference with the University of Oregon's ("UO") counsel regarding the subject of this Motion. UO's counsel stated that they do not oppose Plaintiffs' request that the Court extend the case deadlines identified below.

## MOTION

Pursuant to Fed. R. Civ. P. 16(b)(4) and LR 16-3, Plaintiffs respectfully move to extend discovery and dispositive motion deadlines in this case and set them as follows: (1) Discovery is to be completed by December 15, 2026; (2) Expert disclosures are due February 16, 2027; (3) Expert discovery is to be completed by April 2, 2027; and (4) Dispositive motions are due May 4, 2027.

## MEMORANDUM OF LAW

This request is made for good cause. The current discovery cutoff date is September 25, 2026, that is, 120 days after this Court's order on class certification. *See* ECF 134, 158, 160 at 2. This discovery cutoff deadline is no longer feasible because the parties have not yet been in a position to schedule the remaining depositions, and additional time is necessary to schedule and take depositions in an orderly manner. In July 2026, UO produced tens of thousands of pages of supplemental discovery documents. Specifically, on July 7, UO produced 37,128 pages of documents and on July 24, UO produced 41,542 pages of documents, which Plaintiffs must review before taking depositions. Additionally, the parties have engaged in good faith meet and confer efforts but have not yet resolved certain disagreements about the number of depositions to be taken, the identities of the deponents, and the topics to be covered in Plaintiffs' Rule 30(b)(6)

deposition of UO. At the Court's direction, the parties have conferred in a face-to-face virtual meeting and intend to send a joint statement to the Court shortly outlining the dispute.

Accordingly, Plaintiffs respectfully request that the discovery cutoff deadline be continued for approximately two and a half months to allow for the orderly scheduling of depositions. Previously, the remaining dates in the case were all keyed off the discovery deadline, and Plaintiffs request continuing those dates correspondingly, with minor adjustments for the holidays and to account for UO's counsel's other schedule conflicts.

Plaintiffs thus request that the current deadlines be extended as follows, and UO does not oppose this request:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for discovery to be completed: | 9/25/2026<br>120 days after the Court's ruling on class certification | 12/15/2026 |
| Deadlines for expert disclosures: | 11/9/2026<br>45 days after the discovery deadline | 2/16/2027<br>60 days after the discovery deadline |
| Deadlines for expert discovery: | 12/24/2026<br>45 days after the deadline for expert disclosures | 4/2/2027<br>45 days after the deadline for expert disclosures |
| Deadline for dispositive motions: | 1/8/2027<br>15 days after the deadline to complete expert discovery | 5/4/2027<br>32 days after the deadline to complete expert discovery |

Dated: August 12, 2026

Respectfully submitted,

*/s/ Matthew J. Murray*

Jennifer J. Middleton (OSB No. 071510)
jmiddleton@justicelawyers.com
**JOHNSON JOHNSON LUCAS & MIDDLETON PC**
975 Oak St., Ste. 1050
Eugene, OR 97401-3124
Tel: 541-484-2434

Michael Rubin (*pro hac vice*)
Eve H. Cervantez (*pro hac vice*)
Matthew J. Murray (*pro hac vice*)
Robin S. Tholin (*pro hac vice*)
mrubin@altber.com
ecervantez@altber.com
mmurray@altber.com
rtholin@altber.com
**ALTSHULER BERZON LLP**
177 Post St., Ste. 300
San Francisco, CA 94108-4733
Tel: 415-421-7151

Arthur H. Bryant (*pro hac vice*)
arthur@arthurbryantlaw.com
**ARTHUR BRYANT LAW, P.C.**
1999 Harrison St., 18th Floor
Oakland, CA 94612-4700
Tel: 510-391-5454

Lori Bullock (*pro hac vice*)
lbullock@bullocklawpllc.com
**BULLOCK LAW PLLC**
309 E 5th Street, Suite 202B
Des Moines, Iowa 50309
Tel: 515-423-0051

*Attorneys for Plaintiffs*